IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JASON RODERICK WINTERS**                                        **PLAINTIFF**

**VERSUS**                             **CIVIL ACTION NO. 1:14-cv-222-HSO-RHW**

**CITY OF GULFPORT,** *et al.*                                     **DEFENDANTS**

## FINAL JUDGMENT

This matter came on to be heard on the Proposed Findings of Fact and Recommendation [23] of United States Magistrate Judge Robert H. Walker, entered in this case on October 28, 2014.  The Court, after a full review and consideration of the Magistrate Judge's Proposed Findings of Fact and Recommendation [23], the record as a whole, and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 19th day of November, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE